Forest D. TROTTER, Appellant,

v.

Glenn LOPATE, Dr.; Lavert Morrow; Princess Keaton; Carol Gelert; Delores M. Elam; Kenneth I. Henderson; Warren L. Henderson; Yvonne W. Tomlin; Lorna B. Warren, Appellees.

No. 02–2222.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 22, 2003.

Decided March 11, 2003.

Before Before McMILLIAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Forest Trotter appeals the district court's[1] order granting defendant Glenn Lopate's motion to dismiss plaintiff's complaint. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in dismissing the complaint with prejudice as a sanction for Trotter's failure to comply with the court's order, given the indications in the record that Trotter's non-compliance was willful and that defendant Lopate was prejudiced as a result. *See* Fed.R.Civ.P. 37(b)(2)(C); *Keefer v. Provident Life & Accident Ins. Co.*, 238 F.3d 937, 940 (8th Cir.2000); *cf.*

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

*Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1202–04, 1208 (8th Cir.1983) (no abuse of discretion in dismissing with prejudice where, after court issued order compelling discovery, plaintiff provided incomplete answers to interrogatories and produced only small fraction of requested documents).

Accordingly, we affirm. *See* 8th Cir. R. 47B.